

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00212-CR
_____

ALFONSO JACKSON, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th Judicial District Court
Hopkins County, Texas
Trial Court No. 0518022

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Alfonso Jackson, Jr., attempts to appeal the revocation of his community supervision for the underlying offense of possession of marihuana of more than four ounces but less than five pounds. Jackson's sentence was imposed July 16, 2008. His notice of appeal was filed October 20, 2008. We received the clerk's record November 24, 2008. The issue before us is whether Jackson timely filed his notice of appeal. We conclude that he did not and dismiss the attempted appeal for want of jurisdiction.

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Rule 26.2(a) prescribes the time period in which a notice of appeal must be filed by a defendant in order to perfect appeal in a criminal case. A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended in open court, or within ninety days after sentencing if the defendant timely files a motion for new trial. TEX. R. APP. P. 26.2(a); *Olivo*, 918 S.W.2d at 522. The record does not contain any motion for new trial. The last date Jackson could timely file his notice of appeal was August 15, 2008, thirty days after the day the sentence was imposed in open court. *See* TEX. R. APP. P. 26.2(a)(1). Further, no motion for extension of time was filed in this Court within fifteen days of the last day allowed for filing the notice of appeal.

2

Jackson has failed to perfect his appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

Jack Carter
Justice

Date Submitted: November 24, 2008
Date Decided: November 25, 2008

Do Not Publish